UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| KENNETH THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. |
| | ) |
| CHASE BANK USA, N.A., | ) |
| | ) |
| Defendant. | ) |

COMPLAINT

NOW COMES Plaintiff, KENNETH THOMPSON ("Plaintiff"), by his attorneys, and hereby alleges the following against CHASE BANK USA, N.A. ("Defendant"):

Nature of the Action

1. Plaintiff's Complaint arises under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

Jurisdiction and Venue

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 47 U.S.C. § 227.

3. Venue is proper pursuant to 28 U.S.C. 1391(b)(1) as the conduct giving rise to this action occurred in this district, as Plaintiff resides in this district and Defendant transacts business in this district.

Parties

4. Plaintiff is a natural person residing in Mesa, Arizona.

5. Defendant is a business entity with a business office located in Wilmington, Delaware.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers

Factual Allegations

7. Defendant has been placing calls to telephone number (480) 359-84XX.

8. Telephone number (480) 359-84XX has been assigned to Plaintiff's cellular telephone.

9. These telephone calls are not for emergency purposes.

10. These telephone calls were in connection with an alleged credit card debt.

11. The alleged debt arises from transactions which were used primarily for personal, family, and/or household purposes.

12. Upon information and good faith belief, and in light of the frequency, number, nature, and character of these calls, Defendant used an automatic telephone dialing system to call Plaintiff's cell phone.

13. On or about November 22, 2017, Plaintiff spoke with one of Defendant's employees.

14. Plaintiff instructed Defendant's employee to stop calling his cell phone.

15. Defendant continued to use an automatic telephone dialing system to call Plaintiff's cell phone after November 22, 2017.

16. Plaintiff estimates that between November 22, 2017, and June 5, 2018, Defendant called his cell phone at least seventy-one (71) times.

17. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

18. Plaintiff felt annoyed and harassed by Defendant's calls.

19. Defendant intended to use an automatic telephone dialing system to place these calls.

20. Defendant knew that it did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

21. Defendant voluntarily used an automatic telephone dialing system to call Plaintiff's cell phone.

22. Defendant knowingly used an automatic telephone dialing system to call Plaintiff's cell phone.

23. Defendant willfully used an automatic telephone dialing system to call Plaintiff's cell phone.

## COUNT I
### Defendant Violated the Telephone Consumer Protections Act (TCPA)

24. Defendant's actions alleged *supra* constitute numerous violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

25. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

WHEREFORE, Plaintiff prays that judgment be entered against the Defendant for the following:

26. Statutory damages of $500.00 for each and every violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

27. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

28. All court costs, witness fees and other fees incurred; and

29. Any other relief that this Honorable Court deems appropriate.

Dated: August 31, 2018                                RESPECTFULLY SUBMITTED,

By: */s/ Jeffrey Lohman*
Jeffrey Lohman
The Law Offices of Jeffrey Lohman
4740 Green River Road, #206
Corona, CA 92880
Telephone: (866) 326-9217
Telefax: (657) 362-1311
jeffl@jlohman.com
*Attorney for Plaintiff*